FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 10 1999

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
STATE OF ARKANSAS
LITTLE ROCK DIVISION

CONNIE MANUEL as NEXT FRIEND )
and GUARDIAN OF MARLON MANUEL )
) Cause No:
Plaintiff, ) LR-C- 99 655
) Division:
vs. ) MEDICAL MALPRACTICE
)
RUFUS THROWER, JR., M.D. )
   SERVE:   1601 S. UNIVERSITY )
               LITTLE ROCK, AR 72204 )
)
and. )
)
HCA HEALTH SERVICES OF MID-WEST, INC. )
d/b/a DOCTORS HOSPITAL, )
   SERVE: Administrator )
         6101 W. CAPITAL )
         LITTLE ROCK, AR 72204 )
)
Defendants. )

This case assigned to District Judge Wright
and to Magistrate Judge _____

## COMPLAINT

COMES NOW Plaintiff, by and through her counsel, and states and avers as follows:

1. Plaintiff, Connie Manuel, is a resident and citizen of the State of Kansas.

2. Defendant Rufus Thrower, Jr., M.D. is a physician licensed to practice medicine in the State of Arkansas and who resides in the State of Arkansas.

3. Defendant HCA Health Services of Mid-West, Inc., d/b/a Doctors Hospital is a corporation organized under the laws of the State of Arkansas and its primary place of business is in Little Rock, Arkansas.

4. Jurisdiction is proper under diversity jurisdiction under 28 U.S.C. 1441.

5. The tortuous acts complained of herein occurred within the confines of Little Rock,

Arkansas, and that venue is proper in the United States District Court for sitting in Little Rock, Arkansas.

6. At all times concerned herein, Dr. Rufus Thrower held himself out to the Plaintiff's mother in particular and the public in general as being an able and skilled physicians possessing the same or higher level of skill and training as other members in their profession and that he were well able to render proper and adequate obstetrical care and treatment to Connie Manuel at all times.

7. At all times concerned herein, HCA Health Services of Mid-West Inc., d/b/a Doctors Hospital held themselves out to the Plaintiff Connie Manuel in particular and the public in general as being an able and skilled hospital facility possessing medical staff and nurses having the same or higher level of skill and training as other members in their profession.

8. That Dr. Rufus Thrower began seeing Connie Manuel for prenatal care on April 20, 1988 and continued to see Connie Manuel throughout her pregnancy.

9. That Plaintiffs blood pressure was elevated throughout her pregnancy and Plaintiff Connie Manuel was not admitted to the hospital until September 12, 1988 with a blood pressure of 160/102.

10. The Plaintiff was placed on the fetal heart machine which showed several variable and late decelerations and Connie Manuel's son Marlon was not born until approximately 3:15 on September 13, 1988 with apgar scores of 2 and 4.

11. The injuries of Plaintiff Marlon Manuel as are here and after more fully set forth with the direct and proximate cause of the failure of Dr. Rufus Thrower to possess and employ with reasonable care, the skill and learning ordinarily possessed by physicians practicing obstetrical medicine in Little Rock Arkansas, or some other locality during the pregnancy of Connie Manuel and delivery of her son, in one, more, all the following particulars, to-wit:

    a.    Defendant negligently failed to admit Connie Manuel to the hospital and have her

delivered on September 9th, 1998;

b. Defendant negligently failed to refer Plaintiff to a high risk OB specialist;

c. Defendant negligently failed to adequately treat Plaintiff for pregnancy induced hyper tension and/or preeclampsia;

d. Defendant negligently failed to have performed antenatal testing to check on the fetal well being;

e. Defendant negligently failed to recognize that Connie Manuel's fetus was in distress while being monitored by the fetal heart monitor machine;

f. Defendant negligently failed to promptly do a cesarean section when he knew or should have known that Marlon Manuel was in distress;

12. The injuries and damages suffered by Plaintiff were proximately caused by the failure of HCA Health Services of Mid-West, Inc., d/b/a Doctors Hospital, by and through their agents, servants and/or employees to possess an employee with reasonable care, the skill and learning ordinarily possessed by hospitals or other medical care providers engaged in providing obstetrical care to individuals in Little Rock Arkansas, or similar locality, during the pregnancy of Connie Manuel and delivery of her son in one, more, or all the following particulars

a. Defendant by and through its agents, servants and/or employees negligently failed to promptly diagnose and/or recognize Connie Manuel's fetus was in distress;

b. Defendant by and through their agents, servants and/or employees negligently failed to contact Dr. Thrower and advise him that there were abnormalities on the fetal heart monitor strip;

c. Defendant by and through their agents, servants and/or employees negligently failed to promptly perform or have perform a cesarean section on Connie Manuel.

13. But for the negligence of Defendants jointly and severally, that the injuries and damages of Plaintiff would not have occurred had Defendants acted in accordance with the standard of care required of physicians and hospitals and that as a direct and proximate result of the negligence and carelessness of said Defendants Plaintiff Marlon Manuel sustained severe cerebral palsy and brain damage as a result of perinatal asphyxia and will be forever unemployable throughout his lifetime losing a loss of lifetime worth of earnings and has suffered severe pain and suffering in the past and will continue to do so in the future, as well as incurring substantial medical bills in the past and will continue to incur substantial medical bills for care and treatment in the future.

WHEREFORE, Plaintiff prays for judgment against both Defendants jointly and severally in excess of Seventy-Five Thousand Dollars ($75,000.00) in such sum as will reasonably and fairly compensate him for his damages incurred herein together with his costs incurred herein.

_____
Josh P. Tolin    #35836 (Missouri)
TOLIN & ZEVAN, L.L.C.
1015 Locust Street, Suite 914
St. Louis, MO 63101
(314) 436-3433
FAX (314) 436-2126
Attorney for Plaintiff

_____
J. Scott Davidson    #88090 (Arkansas)
Attorney at Law
P.O. Box 4046
Batesville, AR 72503
(870) 612-5574
FAX (870) 612-5370
Attorney for Plaintiff

JPT/grw